**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
11/7/16 10:06 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
  MICHAEL T. ANDERSON

           Debtor(s)
  Ronda J. Winnecour, Trustee
         Movant
         vs.
  MICHAEL T. ANDERSON

         Respondents

Case No. 11-11682TPA

Chapter 13

Document No. 81

## ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this __7th__ day of __November__, 20__16__, it is hereby ORDERED, ADJUDGED, and DECREED that,

Upmc Hamot
Attn: Payroll Manager
201 State St
Erie, PA 16550

is hereby ordered to immediately terminate the attachment of the wages of MICHAEL T. ANDERSON, social security number XXX-XX-4903. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of MICHAEL T. ANDERSON.

FURTHER ORDERED:

BY THE COURT:

_____
ljm
UNITED STATES BANKRUPTCY JUDGE

cc: Debtor(s)
    Debtor(s) Attorney

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Michael T. Anderson  
      Debtor

Case No. 11-11682-TPA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-1     User: jbre     Page 1 of 1     Date Rcvd: Nov 07, 2016  
                  Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 09, 2016.  
db             +Michael T. Anderson,    1031 East 37th Street,    Erie, PA 16504-1837

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                        TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 09, 2016                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 7, 2016 at the address(es) listed below:  
         Andrew F Gornall     on behalf of Creditor     Kondaur Capital Corporation agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com  
         Joseph B. Spero     on behalf of Debtor Michael T. Anderson sperolaw@neohio.twcbc.com, legalmom18@hotmail.com  
         Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov  
         Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com  
                                                                                            TOTAL: 4