Form 300b

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Michael T. Anderson** | : | Case No. 11–11682–TPA |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | |
| v. | : | Related to Document No. 88 |
| **No Respondents** | : | |
| *Respondent(s).* | : | Hearing Date: 3/1/17 at 12:00 PM |
| | : | |
| | : | |

## ORDER SCHEDULING DATE FOR RESPONSE
## AND HEARING ON MOTION

    *AND NOW,* this ***28th day of December, 2016***, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* having been filed at Doc. No. 88 , by the Chapter 13 Trustee

    It is hereby **ORDERED, ADJUDGED and DECREED** that:

    (1) **On or before February 13, 2017**, any *Response*, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 **OR** U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501) and served on the counsel for the Moving Party.

    (2) This *Motion* is scheduled for hearing on **March 1, 2017 at 12:00 PM** in Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501, at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*.

    (3) If, after proper service, a Respondent fails to timely file a *Response*, the Court **may** determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge Thomas P. Agresti refer to the calendar section.*** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties will be *required* to appear at the hearing.

Thomas P. Agresti, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 11-11682-TPA
Michael T. Anderson                                                             Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1    User: jmar    Page 1 of 2    Date Rcvd: Dec 28, 2016
                    Form ID: 300b    Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 30, 2016.
```
db            +Michael T. Anderson,    1031 East 37th Street,    Erie, PA 16504-1837
cr            +FV-I, INC.,    14841 Dallas Parkway, Suite 300,    Dallas, TX 75254-7883
cr            +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,    Highlands Ranch, CO 80129-2386
13208882      +CitiMortgage, Inc.,    c/o Goldbeck, McCafferty & McKeever,
                Suite 5000-Mellon Independence Ctr.,    701 Market Street,    Philadelphia, PA 19106-1538
13559598       CitiMortgage, Inc.,    P.O. Box 688971,    Des Moines, IA 50368-8971
13561148       CitiMortgage, Inc.,    P.O. Box 6030,    Sioux Falls, SD  57117-6030
13237586      +CitiMortgage, Inc.,    1000 Technology Drive,    O'Fallon, MO 63368-2240
13237584      +Citibank/Sears,    P.O. Box 6241,    Sioux Falls, SD 57117-6241
13237587      +Creditech,    50 N. 7th Street,    Bangor, PA 18013-1791
13237589      +Erie County Courthouse,    140 West Sixth Street,    Erie PA 16501-1011
13237591      +James C. Wambrodt, Esquire,    Weltman, Weinberg & Reis Co,    1400 Coopers Building,
                436 7th Avenue,    Pittsburgh, PA 15219-1842
13208883      +KML Law Group, P.C., Debby Sigal,    BNY Independence Center,    Suite 5000,    701 Market Street,
                Philadelphia, PA 19106-1541
13842121       KONDAUR CAPITAL CORPORATION,    333 S. Anita Drive,    Suite 400,    Orange, CA 92868-3314
13223579      +Midland Credit Management, Inc.,    2365 Northside Drive, Suite 300,    San Diego, CA 92108-2709
13237597      +National Recovery Agency,    2491 Paxton Street,    Harrisburg, PA 17111-1036
14044414      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                Highlands Ranch, Colorado 80129-2386
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             E-mail/PDF: rmscedi@recoverycorp.com Dec 29 2016 01:36:44
                Recovery Management Systems Corporation,   25 S.E. Second Avenue,    Suite 1120,
                Miami, FL  33131-1605
13237588       E-mail/Text: mrdiscen@discover.com Dec 29 2016 01:41:11      Discover Bank,
                6500 New Albany Road,    New Albany, OH 43054
13228206       E-mail/Text: mrdiscen@discover.com Dec 29 2016 01:41:11      Discover Bank,
                DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
13237590      +E-mail/PDF: gecsedi@recoverycorp.com Dec 29 2016 01:37:01      GECRB/Care Credit,
                c/o P.O. Box 965036,    Orlando, FL 32896-0001
13352611      +E-mail/PDF: resurgentbknotifications@resurgent.com Dec 29 2016 01:36:47      LVNV Funding LLC,
                c/o Resurgent Capital Services, LP,    P O Box 10675,    Greenville SC 29603-0675
13237595      +E-mail/PDF: resurgentbknotifications@resurgent.com Dec 29 2016 01:36:47      LVNV Funding, LLC,
                P.O. Box 10497,    Greenville, SC 29603-0497
13237596      +E-mail/Text: bankruptcydpt@mcmcg.com Dec 29 2016 01:42:03      Midland Credit Management,
                8875 Aero Drive,    San Diego, CA 92123-2255
13267542       E-mail/PDF: rmscedi@recoverycorp.com Dec 29 2016 01:37:23
                Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                Miami, FL 33131-1605
14294046      +E-mail/Text: bknotices@snsc.com Dec 29 2016 01:42:55
                U.S. Bank Trust National Association, as Trustee,    C/O SN Servicing Corp.,    323 5th Street,
                Eureka, CA 95501-0305
                                                                                              TOTAL: 9
```

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr             Kondaur Capital Corporation
cr             U.S. Bank Trust National Association, as Trustee o
cr*            CITIMORTGAGE, INC.,    PO Box 6030,    Sioux Falls, SD  57117-6030
13237585*     +CitiMortgage Inc.,,   c/o Goldbeck, McCafferty & McKeever,
                Suite 5000-Mellon Independence Ctr.,    701 Market Street,    Philadelphia, PA 19106-1538
13237592*     +KML Law Group, P.C., Debby Sigal,    BNY Independence Center,    Suite 5000,    701 Market St.,
                Philadelphia, PA 19106-1541
13237594     ##+LVNV Funding, LLC,    c/o Edwin A. Abrahamsen & Associate,    120 North Keyser Avenue,
                Scraton, PA 18504-9701
13237593     ##+LVNV Funding, LLC,    c/o Edwin A. Abrahamsen & Associate,    120 North Keyser Avenue,
                Scranton, PA 18504-9701
                                                                                      TOTALS: 2, * 3, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0315-1           User: jmar              Page 2 of 2              Date Rcvd: Dec 28, 2016
                               Form ID: 300b           Total Noticed: 25
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 30, 2016                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 28, 2016 at the address(es) listed below:
          Andrew F Gornall    on behalf of Creditor    Kondaur Capital Corporation agornall@goldbecklaw.com,
           bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          James   Warmbrodt    on behalf of Creditor    Kondaur Capital Corporation bkgroup@kmllawgroup.com
          Joseph B. Spero    on behalf of Debtor Michael T. Anderson sperolaw@neohio.twcbc.com,
           legalmom18@hotmail.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          William E. Miller    on behalf of Creditor    U.S. Bank Trust National Association, as Trustee of
           the Igloo Series II Trust wmiller@sterneisenberg.com, bkecf@sterneisenberg.com
                                                                                           TOTAL: 6
```