**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
2/17/17 1:05 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
MICHAEL T. ANDERSON

Debtor(s)

Ronda J. Winnecour
　　　Movant
　vs.
No Repondents.

Case No.:11-11682 TPA

Chapter 13

Document No.:    88

ORDER OF COURT

AND NOW, this ___17th___ day of ___February___, 20_17_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE
ljm

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 11-11682-TPA
Michael T. Anderson                                                     Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1          User: llea              Page 1 of 2           Date Rcvd: Feb 17, 2017
                              Form ID: pdf900         Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 19, 2017.
```
db          +Michael T. Anderson,    1031 East 37th Street,    Erie, PA 16504-1837
cr          +FV-I, INC.,    14841 Dallas Parkway, Suite 300,    Dallas, TX 75254-7883
cr          +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,    Highlands Ranch, CO 80129-2386
13208882    +CitiMortgage, Inc.,    c/o Goldbeck, McCafferty & McKeever,
              Suite 5000-Mellon Independence Ctr.,    701 Market Street,    Philadelphia, PA 19106-1538
13559598     CitiMortgage, Inc.,    P.O. Box 688971,    Des Moines, IA 50368-8971
13561148     CitiMortgage, Inc.,    P.O. Box 6030,    Sioux Falls, SD  57117-6030
13237586    +CitiMortgage, Inc.,    1000 Technology Drive,    O'Fallon, MO 63368-2240
13237584    +Citibank/Sears,    P.O. Box 6241,    Sioux Falls, SD 57117-6241
13237587    +Creditech,    50 N. 7th Street,    Bangor, PA 18013-1791
13237589    +Erie County Courthouse,    140 West Sixth Street,    Erie PA 16501-1011
13237591    +James C. Wambrodt, Esquire,    Weltman, Weinberg & Reis Co,    1400 Coopers Building,
              436 7th Avenue,    Pittsburgh, PA 15219-1842
13208883    +KML Law Group, P.C., Debby Sigal,    BNY Independence Center,    Suite 5000,    701 Market Street,
              Philadelphia, PA 19106-1541
13842121     KONDAUR CAPITAL CORPORATION,    333 S. Anita Drive,    Suite 400,    Orange, CA 92868-3314
13223579    +Midland Credit Management, Inc.,    2365 Northside Drive, Suite 300,    San Diego, CA 92108-2709
13237597    +National Recovery Agency,    2491 Paxton Street,    Harrisburg, PA 17111-1036
14044414    +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
              Highlands Ranch, Colorado 80129-2386
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr           E-mail/PDF: rmscedi@recoverycorp.com Feb 18 2017 01:57:32
             Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
             Miami, FL  33131-1605
13237588     E-mail/Text: mrdiscen@discover.com Feb 18 2017 02:03:24      Discover Bank,
             6500 New Albany Road,    New Albany, OH 43054
13228206     E-mail/Text: mrdiscen@discover.com Feb 18 2017 02:03:24      Discover Bank,
             DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
13237590    +E-mail/PDF: gecsedi@recoverycorp.com Feb 18 2017 01:58:08      GECRB/Care Credit,
             c/o P.O. Box 965036,    Orlando, FL 32896-0001
13352611    +E-mail/PDF: resurgentbknotifications@resurgent.com Feb 18 2017 01:58:11      LVNV Funding LLC,
             c/o Resurgent Capital Services, LP,    P O Box 10675,    Greenville SC 29603-0675
13237595    +E-mail/PDF: resurgentbknotifications@resurgent.com Feb 18 2017 01:57:33      LVNV Funding, LLC,
             P.O. Box 10497,    Greenville, SC 29603-0497
13237596    +E-mail/Text: bankruptcydpt@mcmcg.com Feb 18 2017 02:03:56      Midland Credit Management,
             8875 Aero Drive,    San Diego, CA 92123-2255
13267542     E-mail/PDF: rmscedi@recoverycorp.com Feb 18 2017 01:57:32
             Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
             Miami, FL 33131-1605
14294046    +E-mail/Text: bknotices@snsc.com Feb 18 2017 02:04:29
             U.S. Bank Trust National Association, as Trustee,    C/O SN Servicing Corp.,    323 5th Street,
             Eureka, CA 95501-0305
                                                                                              TOTAL: 9
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Kondaur Capital Corporation
cr              U.S. Bank Trust National Association, as Trustee o
cr*             CITIMORTGAGE, INC.,    PO Box 6030,    Sioux Falls, SD  57117-6030
13237585*     +CitiMortgage Inc.,,    c/o Goldbeck, McCafferty & McKeever,
                Suite 5000-Mellon Independence Ctr.,    701 Market Street,    Philadelphia, PA 19106-1538
13237592*     +KML Law Group, P.C., Debby Sigal,    BNY Independence Center,    Suite 5000,    701 Market St.,
                Philadelphia, PA 19106-1541
13237594     ##+LVNV Funding, LLC,    c/o Edwin A. Abrahamsen & Associate,    120 North Keyser Avenue,
                Scraton, PA 18504-9701
13237593     ##+LVNV Funding, LLC,    c/o Edwin A. Abrahamsen & Associate,    120 North Keyser Avenue,
                Scranton, PA 18504-9701
                                                                                   TOTALS: 2, * 3, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0315-1           User: llea                  Page 2 of 2                   Date Rcvd: Feb 17, 2017
                               Form ID: pdf900             Total Noticed: 25
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 19, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 17, 2017 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    Kondaur Capital Corporation agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              James   Warmbrodt    on behalf of Creditor    Kondaur Capital Corporation bkgroup@kmllawgroup.com
              Joseph B. Spero    on behalf of Debtor Michael T. Anderson sperolaw@neohio.twcbc.com,
               legalmom18@hotmail.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              William E. Miller    on behalf of Creditor    U.S. Bank Trust National Association, as Trustee of
               the Igloo Series II Trust wmiller@sterneisenberg.com,  bkecf@sterneisenberg.com
                                                                                             TOTAL: 6
```